IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JANET L. HORTON, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:16-cv-00285-O-BL |
| NANCY A. BERRYHILL,<br>Acting Commissioner of the Social<br>Security Administration, | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case (ECF No. 20), filed August, 15, 2017. No objections were filed, and the Magistrate's recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the decision of the Commissioner is **AFFIRMED** and Plaintiff's complaint is **DISMISSED with prejudice.**

**SO ORDERED** on this **8th day of September, 2017**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE